**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Vehicle Alignment, Brake & Tires, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Lucas Tires** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4459243** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3501 N. Western** **Chicago, IL 60618** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)    **www.lucastires.com**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Vehicle Alignment, Brake & Tires, Inc.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4413__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Vehicle Alignment, Brake & Tires, Inc.**                                            Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Vehicle Alignment, Brake & Tires, Inc.** _____ Case number (*if known*) _____
     Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 25, 2018**
               MM / DD / YYYY

**X** **/s/ Richard Lucas**                            **Richard Lucas**
Signature of authorized representative of debtor        Printed name

Title **Owner**

**18. Signature of attorney**

**X** **/s/ Jeffrey K. Paulsen**                   Date **April 25, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey K. Paulsen 6300528**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **312-878-6976**     Email address **jpaulsen@wfactorlaw.com**

**6300528 IL**
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

Debtor   **Vehicle Alignment, Brake & Tires, Inc.**                                    Case number (if known) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04-25-2016
              MM / DD / YYYY

X _____          **Richard Lucas**
Signature of authorized representative of debtor    Printed name

Title   **Owner**

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                           MM / DD / YYYY

**Jeffrey K. Paulsen 6300528**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **312-878-6976**        Email address  **jpaulsen@wfactorlaw.com**

**6300528 IL**
Bar number and State

.

Ariel Bouskila
Berkovitch & Bouskila PLLC
40 Exchange Place, Suite 1306
New York, NY 10005


Corporation Serv. Co.
Representative for Unknown Creditor
PO Box 2576
Springfield, IL 62708


D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


DLI Assets Bravo LLC
550 N. Brand Blvd.
Glendale, CA 91203


DLI Assets Bravo LLC
c/o Brendan Ross
1150 Foothill Blvd., Suite F
La Canada, CA 91011


Financing Solutions LLC
c/o Keith Giovannoli
2360 Corporate Cir., Suite 400
Henderson, NV 89074-7722


GreatAmerica Financial Servs. Corp.
c/o Tony Golobic, Chairman & CEO
625 1st St. Southest, Suite 800
Ceder Rapids, IA 52401


Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Lien Unit
PO Box 19035
Springfield, IL 62794-9035

```
Illinois Dept. of Empt. Sec.
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Empt. Sec.
Collections Section
33 S. State Street 10th Floor
Chicago, IL 60603-2802


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn St., Rm. 2600
Chicago, IL 60604


Max Recovery Group LLC
c/o Vadim Serebro, V.P.
55 Broadway, 3rd Floor
New York, NY 10006


MCA Servicing
c/o Steven Berkovitch, Gen. Counsel
40 Exchange Place, Suite 1306
New York, NY 10005


Pearl Delta Funding LLC
c/o Solomon Lax
100 William St.
New York, NY 10038


QuarterSpot Inc.
c/o Adam Cohen, CEO
333 Seventh Ave., Suite 1402
New York, NY 10001


The Fundworks LLC
c/o Bradley Smiedt
15260 Ventura Blvd., #1520
Sherman Oaks, CA 91403
```

United States Attorney
Civil Process Clerk
219 S. Dearborn St., Rm. 500
Chicago, IL 60604


Valvoline LLC
Attn. Manager or Managing Member
Corp. Trust Center 1209 Orange St.
Wilmington, DE 19801


Valvoline LLC
8450 Willow Springs Rd.
Willow Springs, IL 60480

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vehicle Alignment, Brake & Tires, Inc.**                              Case No.

Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Vehicle Alignment, Brake & Tires, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 25, 2018** | **/s/ Jeffrey K. Paulsen** |
| Date | **Jeffrey K. Paulsen 6300528** |
| | Signature of Attorney or Litigant |
| | Counsel for **Vehicle Alignment, Brake & Tires, Inc.** |
| | **FactorLaw** |
| | **105 W. Madison St., Suite 1500** |
| | **Chicago, IL 60602** |
| | **312-878-6976 Fax:847-574-8233** |
| | **jpaulsen@wfactorlaw.com** |